**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:24-MJ-192-SH |
| CEONA MATTHEWS | § § | |

## O R D E R

On April 30, 2024, the Court held a Preliminary Hearing, pursuant to Fed. R. Crim. P. 5.1 and 18 U.S.C. § 3060. The defendant, her attorney, and the attorney for the Government were present throughout the hearing. Counsel were admonished as required by the Due Process Protection Act.

Having considered all the evidence, the Court finds that the evidence, sufficient in nature, has established that there is probable cause to believe that the offense charged in the Criminal Complaint, Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), has been committed, and that the defendant committed it. Accordingly, the defendant is required to appear for further proceedings.

**SIGNED** on April 30, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE